CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Guadalupe Contreras-Quiahua**<br>YOB: 1984; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-03054MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about September 28, 2020, at or near Naco, in the District of Arizona, **Guadalupe Contreras-Quiahua**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on August 14, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Guadalupe Contreras-Quiahua** is a citizen of Mexico. On August 14, 2020, **Guadalupe Contreras-Quiahua** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On September 28, 2020, agents found **Guadalupe Contreras-Quiahua** in the United States at or near Naco, Arizona, without the proper immigration documents. **Guadalupe Contreras-Quiahua** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>LMG2/AJC<br>AUTHORIZED AUSA */s/ Liza Granoff* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 29, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54